IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIK SERRANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 21 CV 105 |
| | ) | |
| | ) | [Formerly Circuit Court of |
| MENARD, INC, | ) | the Twelfth Judicial Circuit |
| | ) | Will County, Illinois |
| | ) | Case No. 20 L 804] |
| Defendant. | ) | |

## JOINT STATUS REPORT

1. Defendant has deposed Plaintiff's liability expert.

2. Defendant would like to disclose a retained liability expert of its own.

3. The parties propose the following schedule:

   a. Defendant's liability expert be disclosed on or before October 6, 2022.
   b. Defendant's liability expert be deposed on or before November 7, 2022.


Dated: August 22, 2022


/s/ Michael Holden
Attorney for Plaintiff

Romanucci & Blandin
321 N. Clark St., Ste 900
Chicago, IL 60654
312-458-1000


/s/ W. Anthony Andrews
Attorney for Defendant

Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.

1804 North Naper Blvd.
Suite 350
Naperville, IL 60563
Phone: 630-682-0085